**Order entered February 17, 2023**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

## No. 05-23-00108-CV

**MEXICO FOODS HOLDINGS, LLC, Appellant**

**V.**

**MARIA ALICIA NAFAL, ET AL., Appellees**

**On Appeal from the 470th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 470-56809-2021**

## ORDER

Before the Court is the February 16, 2023 request of Tanner Joy Feast, Official Court Reporter for the 470th Judicial District Court, for an extension of time to file the reporter's record. We **GRANT** the request and extend the time to **February 21, 2023**.

/s/  BONNIE LEE GOLDSTEIN
JUSTICE